**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SUBWAY FRANCHISE SYSTEMS OF
CANADA, ULC,

                      Petitioner,                        24 **CIVIL** 0593 (AS)

        -against-                                 **JUDGMENT**

SUBWAY DEVELOPMENTS 2000, INC.,

                      Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 21, 2024, the petition to vacate or modify the arbitration order is DENIED, the motion to dismiss the petition is DENIED, and the petition to confirm is GRANTED. Accordingly, the case is closed.

**Dated**: New York, New York
           June 26, 2024

                                                                **DANIEL ORTIZ**
                                                                 **Acting Clerk of Court**

                                   **BY:**
                                                                  **Deputy Clerk**